TILLIE PRETZFELDER, Appellant, *v.* ERWIN KAHN, Respondent.

Submitted October 17, 1955; decided October 20, 1955.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellant serves and files the required undertaking on appeal and within twenty days serves and files the record on appeal and pays $10 costs, in which events motion denied.